ACCEPTED
14-14-00733-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 10:53:20 AM
CHRISTOPHER PRIN
CLERK

**No. 14-14-00733-CR**
**No. 14-14-00734-CR**

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/31/2014 10:53:20 AM
CHRISTOPHER A. PRINE
Clerk

———————◆———————

**No. 1325864**
**No. 1329499**
In the 228th District Court
Harris County, Texas

———————◆———————

KEITH DWAYNE JONES
*Appellant*
v.
THE STATE OF TEXAS
*Appellee*

———————◆———————

STATE'S SECOND MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 228th District Court of Harris County, Texas, in cause numbers 1325864 and 1329499, the Appellant was convicted on August 27, 2014, in **The State of Texas v. Keith Dwayne Jones.**

2. For two offenses of aggravated robbery, the Appellant's punishment was assessed at 25 years in prison.

3. Written notices of appeal were timely filed on September 23, 2014.

4. The Appellant's brief was filed with this Court on October 27, 2014.

5. The State's brief was due to be filed with this Court on December 22, 2014.

6. An extension of time in which to file the State's brief is requested until December 31, 2014.

7. One previous extension has been granted to the State.

8. The facts relied upon to explain the need for this extension are:

With his numerous duties as Chief of the Appellate Division, the undersigned assistant district attorney has needed some additional time in order to respond to the appellant's brief in this case.

WHEREFORE, the State prays that this Court will grant an extension of time until December 31, 2014, in which to file the State's brief in these cases.

Respectfully submitted,

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the appellant's attorney at the following addresses on December 31, 2014:

Ken Goode
Attorney at Law
P.O. Box 590947
Houston, Texas 77002

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

Date: December 31, 2014